**Fill in this information to identify the case:**

Debtor name    **Alfred Angelo - The Bride's Studio, No. 3, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-18871-PGH**

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

Part 1:    **Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................    $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................    $ 0.00

Part 2:    **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ 61,105,265.53

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ 769,771.74

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $ 61,875,037.27

**Fill in this information to identify the case:**

Debtor name        **Alfred Angelo - The Bride's Studio, No. 3, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-18871-PGH**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- |
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                    % of ownership | | |

| | Name of entity | % of ownership | Valuation method | Current value |
| --- | --- | --- | --- | --- |
| 15.1. | **Investment in Affiliated Entities See Exhibit B-15** | **Various** % | **N/A** | **Unknown** |

---

Debtor     **Alfred Angelo - The Bride's Studio, No. 3, Inc.**                    Case number *(If known)* **17-18871-PGH**
           Name

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                                                    | **$0.00** |
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

| Debtor | **Alfred Angelo - The Bride's Studio, No. 3, Inc.** | Case number *(If known)* **17-18871-PGH** |
|---|---|---|
| | Name | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   **Interest in Insurance Polices See Exhibit B-73**                                                          **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **Intercompany Receivables (book value as of April 1, 2017) See Exhibit B-77**                              **Unknown**

78. **Total of Part 11.**                                                                                      **$0.00**
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor     **Alfred Angelo - The Bride's Studio, No. 3, Inc.**                    Case number *(If known)* **17-18871-PGH**
       Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92.  **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy



**Alfred Angelo - The Brides Studio No. 3, Inc.**

**Exhibit B-15**

Corporate Organizational Chart

Investment in Affiliated Entities

retail only entities

wholesale only entities

wholesale and retail entities

Alfred Angelo
Canada ULC (28)

AA Bridal, LLC (16)

AAI (Australia)
PTY, LTD (15)

AA Florida Bridal Retail
Company, LLC R-7
(19)

AAI China IV (26)
Changde

Alfred Angelo de
Mexico (6)

AA Bridal Northeast, LLC R-
8
(22)

AAI China I (9)
Zhuhai

Alfred Angelo de Peru
(7)

AA Bridal Midwest, LLC R-
10
(23)

AAI China II (17)
Fu Yang

Alfred Angelo
Investment Company,

AA Bridal Nebraska, LLC R-
10
(25)

AAI China III (24)
Shantou

Alfred Angelo - The Brides
Studio No. 5, LLC R-6
(18)

BridesMart, LP
Texas
(14)

DJF, LLC (10)

Alfred Angelo - The Brides
Studio No. 4, LLC R-5
(13)

ZN, LLC (21)

Alfred Angelo - The
Company Store, Inc. R-1 (1)

Alfred Angelo - The Brides
Studio NO. 1, Inc. R-2
(1)

Hacienda
Brides, Inc.
(12)

Alfred Angelo - The Brides
Studio No. 2, Inc. R-3
(1)

Piccione
Fashions UK
LTD.
(2)

Alfred Angelo - The Brides
Studio, No. 3, Inc. R-4
(11)

Piccione Fashions Ltd.
(4)

PF International, Inc. (3)

**Alfred Angelo - The Brides Studio No. 3, Inc.**
**Exhibit B-15**
Investment in Affiliated Entities

| LEGEND TO ORGANIZATIONAL CHART | |
|---|---|
| (1) | Alfred Angelo Newco, Inc. – United States "C" Corporation (Delaware) and Qualified "Subchapter S" Subsidiaries (Florida) (Alfred Angelo - The Company Store, Inc, Alfred Angelo - The Brides Studio No. 1, Inc., Alfred Angelo – The Brides Studio No. 2, Inc.) |
| (2) | Piccione Fashions UK LTD  - United Kingdom Corporation - Co Registration # 2626425 England/Wales |
| (3) | PF International, Inc. – United States "Subchapter S" Corporation (Delaware) |
| (4) | Piccione Fashions Ltd – United Kingdom Limited Partnership |
| (5) | Alfred Angelo Newco Holding, LLC – United States Limited Liability Corporation (Delaware) |
| (6) | Alfred Angelo de Mexico – Mexican entity treated as a foreign disregarded entity (Division of Alfred Angelo Newco, Inc.) Suspended Operations |
| (7) | Alfred Angelo de Peru – South American entity (dormant) treated as a foreign disregarded entity (Division of Alfred Angelo Newco, Inc.) Suspended Operations |
| (8) | Alfred Angelo Investment Company, Limited (aka Meadera Limited) – Hong Kong entity treated as a foreign disregarded entity of Alfred Angelo Newco, Inc. |
| (9) | Zhuhai Free Trade Zone Bai Jing Fashions Company Limited – China entity treated as a foreign entity of Alfred Angelo Investment Company Limited/Alfred Angelo, Inc. in turn a foreign disregarded entity of Alfred Angelo Newco, Inc. |
| (10) | DJ Fashions, LLC – United States Limited Liability Company (New York) – Discontinued Operations |
| (11) | Alfred Angelo - The Brides Studio No. 3, Inc. – Subchapter "S" Subsidiary (Delaware) of Alfred Angelo Newco, Inc. |
| (12) | HBI – Hacienda Brides – Subchapter "S" Subsidiary (California) of Alfred Angelo Newco, Inc. |
| (13) | Alfred Angelo - The Bride's Studio No. 4, LLC – United States Limited Liability Company (Texas) |
| (14) | BridesMart, LP – United States Limited Partnership (Texas) |
| (15) | Alfred Angelo (Australia) Pty, Ltd. – Australian Private Company treated as a foreign disregarded entity (Division of Alfred Angelo Newco, Inc.) |
| (16) | AA Bridal, LLC – Delaware Limited Liability Company of Alfred Angelo Newco, Inc. |
| (17) | Fu Yang Alfred Angelo Company Limited. – China entity treated as a foreign entity of Alfred Angelo Investment Company Limited/Alfred Angelo Newco, Inc. in turn a foreign disregarded entity of Alfred Angelo Newco, Inc. Discontinued Operations |
| (18) | Alfred Angelo – The Bride's Studio No. 5, LLC – Delaware Limited Liability Company of Alfred Angelo Newco, Inc. |
| (19) | AA Florida Bridal Retail Company, LLC – Florida Limited Liability Company of Alfred Angelo Newco,  Inc. |
| (20) | DZ Holding Company, LLC - United States Limited Liability Company (New York) - Discontinued Operations |
| (21) | ZN, LLC - United States Limited Liability Company (New York) - Discontinued Operations |
| (22) | AA Bridal Northeast, LLC - Delaware Limited Liability Company of Alfred Angelo Newco, Inc. |
| (23) | AA Bridal Midwest, LLC - Delaware Limited Liability Company of Alfred Angelo Newco, Inc. |
| (24) | Shantou Pak King Garment Company Limited - China entity treated as a foreign entity of Alfred Angelo Investment Company Limited/Alfred Angelo Newco, Inc. in turn a foreign disregarded entity of Alfred Angelo Newco, Inc. Discontinued Operations |
| (25) | AA Bridal Nebraska, LLC – Delaware Limited Liability Company of Alfred Angelo Newco, Inc. |
| (26) | Changde City Alfred Angelo Garment Company Limited – China entity treated as a foreign entity of Alfred Angelo Investment Company Limited/Alfred Angelo Newco, Inc. in turn a foreign disregarded entity of Alfred Angelo Newco, Inc. Discontinued Operations |
| (28) | Alfred Angelo Canada ULC – Unlimited Liability Company (Canada) |

**Fill in this information to identify the case:**

Debtor name    **Alfred Angelo - The Bride's Studio, No. 3, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-18871-PGH**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1    FSJC V, LLC, AS ADMINISTRATIVE AGENT**
Creditor's Name

**FSJC ON V, LLC**
**1700 E PUTNAM AVE.**
**SUITE 207**
**OLD GREENWICH, CT 06870**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Company**

**Describe the lien**
**Secured Term Debt**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,064,754.46    |    Unknown

**2.2    FSJC V, LLC, AS ADMINISTRATIVE AGENT**
Creditor's Name

**FSJC OFF V, LLC**
**1700 E PUTNAM AVE.**
**SUITE 207**
**OLD GREENWICH, CT 06870**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**All assets of the Company**

**Describe the lien**
**Secured Term Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$9,234,682.10    |    Unknown

Debtor   **Alfred Angelo - The Bride's Studio, No. 3, Inc.**                    Case number (if know)   **17-18871-PGH**
         Name

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **FSJC V, LLC, AS ADMINISTRATIVE AGENT** | **Describe debtor's property that is subject to a lien** | **$23,805,828.97** | **Unknown** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **All assets of the Company** | | |
| | **1700 E PUTNAM AVE. SUITE 207 OLD GREENWICH, CT 06870** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**

**Secured Revolver Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$61,105,265.53** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Alfred Angelo - The Bride's Studio, No. 3, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-18871-PGH**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234,376.74** |
|---|---|---|---|
| | **ALFRED ANGELO NEWCO INC**<br>**1625 S. CONGRESS AVE.**<br>**SUITE 400**<br>**DELRAY BEACH, FL 33445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **INTERCOMPANY PAYABLE** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535,395.00** |
|---|---|---|---|
| | **PICCIONE FASHIONS UK LTD**<br>**21 CLARO COURT BUSINESS CENTRE**<br>**CLARO ROAD**<br>**HARROGATE, HG1 4 BA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **INTERCOMPANY PAYABLE** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 769,771.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 769,771.74 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    10795    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Alfred Angelo - The Bride's Studio, No. 3, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **17-18871-PGH**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Alfred Angelo - The Bride's Studio, No. 3, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-18871-PGH**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City        State        Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Alfred Angelo - The Bride's Studio, No. 3, Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td colspan="2">Case number (if known)   <strong>17-18871-PGH</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2017     x  *Vanessa McIntosh*
Signature of individual signing on behalf of debtor

**Vanessa McIntosh**
Printed name

**Vice President, Finance**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy